# UNITED STATES DISTRICT COURT
## Eastern District of California

## Petition For Warrant For Probationer

**Name of Offender:** CHARLETTE L. WALLINE  **Docket Number:** 1:17MJ00194-001 SAB

**Name of Judicial Officer:** United States Magistrate Judge Stanley A. Boone

**Date of Original Sentence:** 11/9/2017

**Original Offense:** 18 USC 13 and CVC 14601.1(a), Driving License Suspended or Revoked For Other Reasons

**Original Sentence:** 5 days Bureau of Prisons; 12 months unsupervised probation, $25 special assessment; $300 fine

**Special Conditions:** 1) The defendant's probation shall be unsupervised; 2) The defendant shall obey all federal, state and local laws; 3) The defendant shall notify the court and, if represented by counsel, counsel of any change of address and contact number; 4) The defendant shall pay a fine of $300 and a processing fee of $25, for a total obligation of $325, which shall be paid at the rate of $50 per month commencing on December 15, 2017; 5) The defendant is committed to the custody of the Bureau of Prisons to be imprisoned for a total of 5 days; 6) The defendant is ordered to appear for a review hearing that has been set for September 9, 2008. A status report regarding the defendant's performance on probation shall be filed two weeks before the review hearing; 7) Pursuant to 18 USC 3572(d)(3), while on probation and subject to any financial obligation of probation, defendant shall notify the court of any material change in defendant's economic circumstances that might affect defendant's ability to pay the full financial obligation; and 8) Other: The defendant shall not drive on Edwards Air Force Base without a valid drivers license and current registration.

**Type of Supervision:** Unsupervised by Probation Office

**Date Supervision Commenced:** 11/9/2017

**Other Court Actions:** None

| Charge Number | Nature of Violation |
|---|---|
| 1. | The defendant failed to pay his fine and special assessment. |
| 2. | The defendant failed to appear for a review hearing on September 9, 2018, and also failed to file a status report two weeks prior to the hearing. |

Page **1** of **2**                    PROB 12C
                                         (07/13)

3. On January 9, 2018, the defendant was arrested by deputies with the Los Angeles Sheriff's Department for a violation of California Penal Code section 22210, Manufacture/Sale/Etc of a Leaded Cane/Billy/Etc.

**I declare under penalty of perjury that the following is true and correct.**

**EXECUTED ON:** September 26, 2018
Fresno, California

Respectfully submitted,
*/s/ Tim D. Mechem*

**DATED:** 9/26/2018

**TIM MECHEM**
**Supervising United States Probation Officer**
Telephone: 559-499-5731

Reviewed by,
*/s/ Anthony A. Andrews* **for:**

**Brian Bedrosian**
**Supervising United States Probation Officer**

**THE COURT ORDERS:**

☐ The Court Approves Probation Officer's Plan, and Orders No Further Action Be Taken

☐ Submit a Request for Modifying the Condition or Term of Supervision

X The issuance of a warrant. No Bail.

☐ Other

IT IS SO ORDERED.

Dated: **September 27, 2018**

UNITED STATES MAGISTRATE JUDGE

CC:
United States Probation
Assistant United States Attorney
Defense Counsel